# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 6/17/2026 |
| Case: 26−10983−BLS | Form ID: 309I | Total: 31 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Orlando A. Kelley, Jr 7521 Wickersham Lane Milford, DE 19963 |
| jdb | Krystal R. Kelley 7521 Wickersham Lane Milford, DE 19963 |
| tr | William F Jaworski, Jr Office of the Chapter 13 Trustee 824 N Market Street, Suite 1002 Wilmington, DE 19801 |
| aty | Erin K. Brignola Gellert Seitz Busenkell & Brown, LLC 1201 N. Orange St Suite 300 Wilmington, DE 19801 |
| 21083455 | American Consumer Credit Counseling 130 Rumford Avenue Suite 202 Auburndale, MA 02466 |
| 21083456 | American Express P.O. Box 1270 Newark, NJ 07101 |
| 21083458 | CRI P.O. Box 83106 Lincoln, NE 68501 |
| 21083457 | Citizens Bank Consumer Loan Servicing JCB 210 P.O. Box 42033 Providence, RI 02940−2033 |
| 21083481 | Department of Labor Division of Unemployment Insurance P.O. Box 9953 Wilmington, DE 19809 |
| 21083459 | Discover Card P.O. Box 70176 Philadelphia, PA 19176 |
| 21083482 | Ellen Slights, Assistant US Attorney P.O. Box 2046 Wilmington, DE 19899−2046 |
| 21083460 | First National Bank of Omaha Upstart P.O. Box 889249 Los Angeles, CA 90088 |
| 21083461 | Firstmark Services PO BOX 2977 Omaha, NE 68103−2977 |
| 21083462 | Fortiva Retail Credit P.O. Box 650721 Dallas, TX 75265 |
| 21083463 | Goldman Sachs Bank Salt Lake City Branch Lockbox 6112 P.O. Box 7247 Philadelphia, PA 19170 |
| 21083464 | Indebted USA Inc. 1551 Emancipation Hwy Unit 1521 Fredericksburg, VA 22402 |
| 21083465 | Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101−7346 |
| 21083466 | John Hancock Trustees of Brightbloom Centers Attn: Diliana Henry 510 Philadelphia Pike Wilmington, DE 19809 |
| 21083467 | Lillian Redavid 106 Hastings Avenue Wallingford, PA 19086 |
| 21083468 | M&T Bank Corporation Retirement Savings Plan c/o T. Rowe Price P.O. Box 17349 Baltimore, MD 21297−1349 |
| 21083469 | NBSF Victoria Company Investment Trust Upstart P.O. Box 848477 Los Angeles, CA 90084 |
| 21083470 | Nelnet 121 S 13th Street Lincoln, NE 68508 |
| 21083471 | PNC Bank P.O. Box 71335 Philadelphia, PA 19176−1335 |
| 21083472 | Radius Global Solutions LLC P.O. Box 357 Ramsey, NJ 07446 |
| 21083479 | Sheriff's Office P.O. Box 948 Georgetown, DE 19947 |
| 21083473 | State of Delaware Department of Justice Attn: Edward Kosmowski 820 N. French St., 8th Floor Wilmington, DE 19801 |
| 21083480 | State of Delaware Division of Revenue 820 N. French Street, 8th Floor Wilmington, DE 19801−0820 |
| 21083478 | Treasury Division Sussex County Administration P.O. Box 429 Georgetown, DE 19947 |
| 21083474 | Truist Bank P.O. Box 580048 Charlotte, NC 28258 |
| 21083476 | Upstart Michelangelo Trust P.O. Box 848287 Los Angeles, CA 90084 |
| 21083475 | Upstart Millenium Trust Company LLC P.O. Box 888995 Los Angeles, CA 90088 |

TOTAL: 31